O

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 14 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      vs.<br><br>Rivera-Ayala, Francisco Javier<br><br>            Defendant. | Case No.: SACR 08-114-CJC<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

   The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CD CA___,
for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

   The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

   The Court finds that:

A.   (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _backgrd, cmty ties unknown due to failure to interview; bail resources unknown; illegal immigration status; association_

1   with multiple personal identifiers

2

3   and/or

4  B.   (X) The defendant has not met his/her burden of establishing by clear and
5   convincing evidence that he/she is not likely to pose a danger to the safety of any
6   other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This
7   finding is based on _criminal history record, incl_
8   _prior convs involving firearms_

13   IT THEREFORE IS ORDERED that the defendant be detained pending further
14  revocation proceedings.

16  DATED: __8/14/13__

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE