FILED
CLERK, U.S. DISTRICT COURT

APR 2 2 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

1

2

3

4

5

6

7                        UNITED STATES DISTRICT COURT

8                       CENTRAL DISTRICT OF CALIFORNIA

9

10   UNITED STATES OF AMERICA,      )   Case No.: SACR 08-00114-CJC
                                    )
11                  Plaintiff,      )
                                    )
12        vs.                       )   ORDER OF DETENTION AFTER HEARING
                                    )     [Fed. R. Crim. P. 32.1(a)(6);
13   Francisco Javier Rivera-Ayala, )      18 U.S.C. § 3143(a)]
                                    )
14                                  )
                 Defendant.         )
15   _____ )

16

17

18        The defendant having been arrested in this District pursuant to

19   a  warrant  issued  by  the  United  States  District  Court  for  the

20   Central Dist. of California  for  alleged  violation(s)  of  the  terms  and

21   conditions of his/her [probation] [supervised release]; and

22        The  Court  having  conducted  a  detention  hearing  pursuant  to

23   Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

24        The Court finds that:

25   A.   (✓)   The defendant has not met his/her burden of establishing by

26        clear and convincing evidence that he/she is not likely to flee

27        if released under 18 U.S.C. § 3142(b) or (c).  This finding is

28        based on  unknown recent background and bail resources,

1    apparent undocumented alien status, use of numerous

2    personal identifiers, prior violations of release

3    _____

4    and/or

5  B.    ( )    The defendant has not met his/her burden of establishing by

6         clear and convincing evidence that he/she is not likely to pose

7         a danger to the safety of any other person or the community if

8         released under 18 U.S.C. § 3142(b) or (c).  This finding is based

9         on:_____

10        _____

11        _____

12        _____

13

14        IT THEREFORE IS ORDERED that the defendant be detained pending

15   the further revocation proceedings.

16

17   Dated:    4/22/14                    _____

18                                        JEAN ROSENBLUTH
                                          U.S. MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28